**CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

William J Passarella Jr #LG-6537

**Full Name of Plaintiff        Inmate Number**        :

:

v.        :        Civil No. 3:20 cv 1092

:        (to be filled in by the Clerk's Office)

Internal Revenue Service        :

**Name of Defendant 1**        Corp.        :        (  ) Demand for Jury Trial

:        ( ✓ ) No Jury Trial Demand

:

_____        :

**Name of Defendant 2**        :

:

_____        :

**Name of Defendant 3**        :        FILED
SCRANTON

:        JUN 29, 2020

_____        :        PER _____

**Name of Defendant 4**        :        DEPUTY CLERK

:

:

_____        :

**Name of Defendant 5**        :

(Print the names of all defendants.  If the names of all        :

defendants do not fit in this space, you may attach        :

additional pages. Do not include addresses in this        :

section).        :

## I.        NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

____        Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

____        Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

✓        Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

UNDER FED TAX :

## II.   ADDRESSES AND INFORMATION

### A.   PLAINTIFF

Passarella   William   J   JR

Name (Last, First, MI)

Passarella   William   J   JR

Inmate Number   LG-6537

Place of Confinement   SCI Mahanoy

Address   301 Morea Rd Frackville Pa 17932

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___   Pretrial detainee

___   Civilly committed detainee

___   Immigration detainee

_✓_   Convicted and sentenced state prisoner

___   Convicted and sentenced federal prisoner

### B.   DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:   Business ✓ ✓ ✓

Name (Last, First)   Internal Revenue Service Corp:

Current Job Title   Interanal Revenue Service

Current Work Address   409 Lackawonna Avenue Scranton, Pa. 18503

City, County, State, Zip Code

## III.   STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional
pages if needed.

A.   Describe where and when the events giving rise to your claim(s) arose.

IN 2003    443 So. 4th St. Colwyn Pa 19023
DefaulT Judgement enTered   For FeD TAX
CV-2003-412474

B.   On what date did the events giving rise to your claim(s) occur?

IN 2003

C.   What are the facts underlying your claim(s)? (For example:  What happened to you?
Who did what?)

- INTERNAL Revenue Service did Not verfy
Records (SSN, DoB, Age) of Person(s) Allowing Federal
TAX in MY NAME  IN 2003 OR Property of 443 So.
4th St. Colwyn, Pa 19023 (cV-2003-412474)
SSN 1798, DoB 06-18-80) WAS oNLY 23 years old
Never owNed A House At All IN 2003:
- This House  I hAD No Knowledge of 443 So. 4th St.
Colwyn, Pa. 19023 IN 1990  I WAS oNLY 10 years old
of AgE - A minor child IN the year 1990: The Actual
Signer And Property owner: (Pepitrater of IDentity Theft)
This misrepersentation of William J Passarella Jr
(IDentity Theft Victim)(on Federal TAX) And No
Knowledge of Any LoAns, etc IN His NAME have
BeeN going on For 20 yrs PLus (1990):

## IV.   LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes.  However, state what constitutional rights, statutes, or laws you believe were violated by the above actions.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

(FoCus on the Facts)

(ERRor Effected way of Life)

① Getting A Job And Life)

② Getting A Loan)

Being INCarcerated Play A Big Role Effected My Life $11,592.33 Judgement Entered 2003 up to 2020 Against My CreDiT

① CASE                                    ② 911 A. 2d 133
711 F.Supp.2d 368               Commerce BANK v.
Morrison v. Wells Fargo BANK      First Union BANK

## V.   INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

DefauLt Judgement EnteReD 2003 on CV-2003-412474

## VI.   RELIEF

State exactly what you want the court to do for you.  For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief.  If you are seeking monetary relief, state your request generally.  Do not request a specific amount of money.

— RemoveL /ReveRsAL of default Judgement In the Amount of $11,592.33 . . .

— INterNAL Revenue Service to Pay Any And All LegaL /CourT Fee's . . .

— Compensated Relief In the Amount of $100,000.00

— Damages In the Amount of $100,000.00

— Removel of All Credit Deficencis Against myself due To the Judgement of defAult (Since 2003)!

IV Relief

(Page 5 of 6)

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.


_____
Signature of Plaintiff

_____
Date

ONE xBit

2590

No Response



LG-6537

SCIMAHANES

Po Box 33028
ST. PeTersBurG, Florida.
33733

Wednesday MARCH 13, 2019

:INTERNAL Revenue Service
709 LACKAWONNA AVENUE
SCRANTON, PA, 18503

CASE NUMBER
CV-2003-412474
$ 11,592.33

---

RE: LETTER-Petition REQUEST

A DeFAULT of JUDGEMENT WAS ENTER ON Petitioner William J Passarella JR on 2003 in the Imount of $11,592.33 in which He hAD No Knowledge of, or Responsible For due to FAMILY member using his NAME AND BREACH his Identity. Petitioner Contend nat it WAS impossible At that time. To Respond To Any otice of Any Kind For he WAS INCARSERATED At the me when Such Breach occurred, So it WAS impossib for him to Be WARE of Such. ONCE he FINALLY iscovered that Such CREDIT deBT EXIST, He ucceeded into taking Steps To Resolve the matter, oy MAKING every EFFORT To CLEAR his NAME.

-1-

ON ExBit

1010

12/4/1990

#700.00



```
COLWYN BORO RTT                          700.00
PA TRAN TAX                              700.00
TOTAL                                   1400.00
CHECK                                    700.00
       COMMONWEALTH OF PENNSYLVANIA
          DEPARTMENT OF REVENUE
           REALTY TRANSFER TAX
      #2      CHECK     700.00
      22CL 3556  12-04-90 12:00T
CHECK
ITEM    2                                700.00
12-04-90 TUE #2        GERRY  3556 12:00T
```

ExHBit

AB                    06/18/80

1 OF 1

Shows my

Date Birth

*(handwritten: Which address are you talking about)*
*(handwritten: copy)*
*(handwritten circled: EXHIBIT AB)*
*(handwritten circled, left margin: Original)*

## Case Search

### SEARCH TYPE

Search Type*  [ Party / Participant ]

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Case Number | | Case Title | |
| Case Category | Select | Case Status | |
| Case Type | Select | Court | Delaware County Court of Common Pleas |
| Case Subtype | Select | Department | |
| Submitted Date From | To | Judge | |
| Filed Date From | To | Exclude Closed | ☐ |

### PARTY / PARTICIPANT INFORMATION

| | | | |
|---|---|---|---|
| Name Contains | passarella, william | Type | |
| Date of Birth | | Role | |
| XPN | | Driver's License Number | |
| Social Security # | | | |

### SEARCH RESULTS

| Case Number | Case Title | Case Type | Name | Alias | Date of Birth | Role | Status |
|---|---|---|---|---|---|---|---|
| CV-2018-860247 | Commonwealth of Pennsylvania - For the Benefit of the County of Delaware v. Passarella | Civil NR - Lien - Probation Judgment | Passarella, William J. | AKA: William J Jr Passarella AKA: William J. Passarella AKA: William Passarella,Jr AKA: William Passarella Passarella AKA: William Passarella,Jr. AKA: William Passarello,jr AKA: William Passarello | 06-18-1980 | Defendant | Active |
| CV-2018-860247 | Commonwealth of Pennsylvania - For the Benefit of the County of Delaware v. Passarella | Civil NR - Lien - Probation Judgment | Passarella, William J. | AKA: William J Jr Passarella AKA: William J. Passarella AKA: William Passarella,jr AKA: William Passarella Passarella AKA: William Passarella AKA: William Passarello,Jr. AKA: William Passarello,jr AKA: William Passarello | 06-18-1980 | Defendant | Active |
| CV-2014-863402 | COMMONWEALTH OF PENNSYLVANIA- FOR THE BENEFIT OF THE COUNTY OF DELAWARE, v. Passarella Jr., William J. | Civil NR - Lien - Probation Judgment | Passarella Jr., William J. | | 06-18-1980 | Defendant | Migrated |
| CV-2014-862347 | COMMONWEALTH OF PENNSYLVANIA- FOR THE BENEFIT OF THE COUNTY OF DELAWARE, v. Passarella, William J. | Civil NR - Lien - Probation Judgment | Passarella, William J. | | 06-18-1980 | Defendant | Migrated |
| CV-2014-862345 | COMMONWEALTH OF PENNSYLVANIA- FOR THE BENEFIT OF | Civil NR - Lien - Probation Judgment | Passarella, William J. | | 06-18-1980 | Defendant | Migrated |

ExHBit

B2

1 oF 2

Shaws

CV-2003-412474

Civil NR-Lien-Federal Tax

$ 11,592.33

| Case Number | Case Title | Case Type | Name | Alias | Date of Birth | Role | Status |
|---|---|---|---|---|---|---|---|
| | THE COUNTY OF DELAWARE, v. Passarella, William J. | | | | | | |
| CV-2012-062678 | STATE FARM FIRE & CASUALTY COMPANY , et al v. SCULLY WELDING SUPPLY CORP , et al | Civil - Miscellaneous - Civil Miscellaneous: Other | PASSARELLA , WILLIAM | | | Plaintiff | Migrated |
| CV-2005-860073 | PROBATION DEPT OF DELAWARE COUNTY , v. PASSARELLA JR , WILLIAM | Civil NR - Lien - Probation Judgment | PASSARELLA J R , WILLIAM | | | Defendant | Migrated |
| CV-2005-860989 | PROBATION DEPT OF DELAWARE COUNTY , v. PASSARELLA , WILLIAM | Civil NR - Lien - Probation Judgment | PASSARELLA , WILLIAM | | | Defendant | Migrated |
| CV-2003-853931 | PROBATION DEPT OF DELAWARE COUNTY , v. PASSARELLA JR , WILLIAM J | Civil NR - Lien - Probation Judgment | PASSARELLA J R , WILLIAM J | | | Defendant | Migrated |
| CV-2003-860103 | PROBATION DEPT OF DELAWARE COUNTY , v. PASSARELLA , WILLIAM J | Civil NR - Lien - Probation Judgment | PASSARELLA , WILLIAM J | | | Defendant | Migrated |
| | | | | | | | |
| CV-2002-864480 | PROBATION DEPT OF DELAWARE COUNTY , v. PASSARELLA JR , WILLIAM | Civil NR - Lien - Probation Judgment | PASSARELLA J R , WILLIAM | | | Defendant | Migrated |
| CV-2002-864479 | PROBATION DEPT OF DELAWARE COUNTY , v. PASSARELLA JR , WILLIAM | Civil NR - Lien - Probation Judgment | PASSARELLA J R , WILLIAM | | | Defendant | Migrated |
| CV-2002-864478 | PROBATION DEPT OF DELAWARE COUNTY , v. PASSARELLA , WILLIAM | Civil NR - Lien - Probation Judgment | PASSARELLA , WILLIAM | | | Defendant | Migrated |
| CV-2002-052700 | PITTS , NORMAN E v. PASSARELLA JR , WILLIAM J | Civil - Miscellaneous - Civil Miscellaneous: Other | PASSARELLA J R , WILLIAM J | | | Defendant | Migrated |
| CV-2002-051203 | EVANS , EMILY et al v. PUGGI , LEONARD | Civil - Miscellaneous - Civil Miscellaneous: Other | PASSARELLA , WILLIAM | | | Plaintiff | Migrated |
| CV-2002-014184 | PITTS , NORMAN v. PASSARELLA JR , WILLIAM | Civil - Miscellaneous - Civil Miscellaneous: Other | PASSARELLA J R , WILLIAM J | | | Defendant | Migrated |
| CV- | | | | PASSARELLA | | | |
| CV-1991-018148 | PASSARELLA , ELIZABETH et al v. MERCY CATHOLIC MED CTR EASTWICK INC , et al | Civil - Miscellaneous - Civil Miscellaneous: Other | PASSARELLA , WILLIAM | | | Plaintiff | Migrated |
| CV-1991-016301 | PASSARELLA , WILLIAM J v. PIERCE , JOHN G et al | Civil NR - Judgment - Judgment | PASSARELLA , WILLIAM J | | | Plaintiff | Migrated |
| CV-1990-016316 | PASSARELLA , BILLIE MAY et al v. MENDEL MD , KENNETH D et al | Civil - Miscellaneous - Civil Miscellaneous: Other | PASSARELLA , WILLIAM | | | Plaintiff | Migrated |

1 to 22 of 22 records

EXHBit

G101

CASE

Review

PROPERTY
NOT MY HOUSE

443 S. 4th St.

COLWYN PA 19023

C-Track Public Access

# Case View CV-1998-010345

DETAILS

| | |
|---|---|
| Case Number | CV-1998-010345 |
| Title | FLEET MORTGAGE CORP. v. PASSARELLA, WILLIAM J et al |
| Classification | Civil - Real Property - Mortgage Foreclosure: Residential |
| Filed Date | 07/14/1998 12:14 PM |

G 1 of 1

| Docket Entry Filed Date and Time ▲ | Docket Entry Subtype | Docket Entry Description | Filer |
|---|---|---|---|
| 07/14/1998 12:14 PM | Migrated Docket Entry | COMPLAINT FILED FEE AMOUNT: 0130.50 | JENKINS, ANDREA M |
| 07/14/1998 12:14 PM | Migrated Docket Entry | SITUATE 443 S 4TH ST COLWYN PA | JENKINS, ANDREA M |
| 07/14/1998 12:14 PM | Migrated Docket Entry | VERIFICATION FILED | JENKINS, ANDREA M |
| 07/14/1998 12:14 PM | Migrated Docket Entry | NOTICE TO DEFEND | JENKINS, ANDREA M |
| 07/14/1998 12:14 PM | Migrated Docket Entry | BOOK NO.808 PAGE NO.2285 | JENKINS, ANDREA M |
| 07/22/1998 8:46 AM | Migrated Docket Entry | NOT FOUND NORMAN P. PASSARELLA 7-20-98 VACANT FEE AMOUNT: 0095.00 | |
| 07/27/1998 11:06 AM | Migrated Docket Entry | SERVED WM. J. PASSARELLA 7-22-98 W/C/C (TO DEFT ) | |
| 07/27/1998 11:16 AM | Migrated Docket Entry | SERVED OCCUPANTS 7-22-98 W/C/C (TO WM PASSARELLA ) NOT FOUND NORMAN P. PASSARELLA 7-22-98 MOVED INF REC'D FROM WM PASSARELLA RESIDENT | |

ExHBit

G 102

FaiLure To FiLE

ANSWeR — NON-MiLtARy

⟶ JudgemenT ENTeRED

FoR $95,713.32

House  443 S. 4th St

CoLwYN PA 19023

G 1 of 2

| Docket Entry Filed Date and Time ▲ | Docket Entry Subtype | Docket Entry Description | Filer |
|---|---|---|---|
| 08/27/1998 9:09 AM | Migrated Docket Entry | COMPLAINT REINSTATED | |
| 09/03/1998 11:33 AM | Migrated Docket Entry | SERVED NORMAN P. PASSARELLA 9-1-98 W/C/C (TO DEFT) FEE AMOUNT: 0035.75 | |
| 10/06/1998 9:49 AM | Migrated Docket Entry | SUGGESTION OF BANKRUPTCY FILED AND WILLIAM J. PASSARELLA, FILED A VOLUNTARY PETITION FOR PROTECTION UNDER CHAPTER 13 OF BANKRUPTCY CODE IN THE EASTERN DISTRICT COURT THESE PROCEEDINGS ARE STAYED ACCORDINGLY. | |
| 10/07/1998 2:30 PM | Migrated Docket Entry | SUGGESTION OF BANKRUPTCY | |
| 05/20/1999 12:00 AM | Judgment Entered | Judgment Entered | |
| 05/20/1999 12:00 AM | Judgment Entered | Judgment Entered | |
| 05/20/1999 3:53 PM | Migrated Docket Entry | JUDGMENT ENTERED FOR $95713.32 AGAINST DEFENDANTS FOR FAILURE TO FILE ANSWER AFFDT OF NON-MILITARY FILED 236N/S PRAECIPE FOR WRIT OF EXECUTION FILED WRIT ISSUED AFFDT PURSUANT TO RULE 3129.1 ACT 91 CERT FILED FEE AMOUNT: 0036.00 | |
| 05/25/1999 2:14 PM | Migrated Docket Entry | WRIT ISSUED AND WRIT EXIT | |
| 06/17/1999 9:19 AM | Migrated Docket Entry | NOT FOUND WILLIAM J. PASSARELLA 6-12-99 VACANT **NO SHERIFF FEE | |
| 07/27/1999 8:50 AM | Migrated Docket Entry | SERVED NORMAN P. PASSARELLA 7-17-99 W/2C/WRIT OF EXECUTION & NOTICE OF SHF SALE (MELANIE JONES PIC) NO SHERIFF COSTS | |
| 08/31/1999 2:19 PM | Migrated Docket Entry | SERVED WILLIAM J. PASSARELLA 8-28-99 W/C/NOTICE OF SHERIFF SALE (TO DEFT ) NO SHERIFF FEE | |
| 10/13/1999 12:26 PM | Migrated Docket Entry | CERTIFICATION OF NOTICE TO LIENHOLDERS PURSUANT TO PA R.C.P. 3129.2 (C) (2) FILED | |
| 11/10/1999 11:34 AM | Migrated Docket Entry | SOLD TO FLEET MORTG. CORP. FOR $1.00 ON 11/10/99. THE SHERIFF APPEARED IN THE OFFICE JUDICIAL SUPPORT AND ACKNOWLEDGED THE DEED TO FLEET MORTG. CORP. FILED. | |

1 to 21 of 21 records

ExHBit

2 2 000

An (Army VeTReRAN)

Obituaries

egacy          OBITUARIES | FUNERAL HOMES | SEND FLOWERS | NEWS & ADVICE | MEMORIALS          Search

# WILLIAM J. PASSARELLA SR.

˅ Obituary   › Condolences

RESOURCES

More Obituaries for
William Passarella

Looking for an
obituary for a different
person with this
name?

Passarella Records (2)



William J. "Bill" Passarella Sr., 72 (July 2, 1939 - July 5, 2011) William J. "Bill" Passarella Sr., 72, of Collingdale, died Tuesday, July 5, 2011 surrounded by his family at Mercy Fitzgerald Hospital, Darby. Born on July 2, 1939 to the late Joseph and Jennie Rispoli Passarella, Mr. Passarella grew up in S.W. Philadelphia and was also a former resident of Colwyn. An Army veteran who served in the Military Police, he retired from C.X. Robison where he was employed as an owner/operator truck driver. Mr. Passarella enjoyed traveling with wife to the casinos in Atlantic City and Chester. He cherished the time spent with his family and most especially his grandchildren who loved him dearly. In his leisure he spent his time watching Western and Kung Fu movies and wrestling. Survivors: His beloved wife of 49 years Elizabeth (nee Phillips) Passarella; his children Betty (Gary Brice Sr.) Cellini of Upper Darby, Norman (Melanie) Passarella of Prospect Park and William J. Passarella Jr. of Collingdale; 5 grandchildren Lauren, Renee, Gary Jr., Jeffery and Dianna; also 2 sisters Rosemarie McClintock and Dorothy Hill; sister-in-law Alma Hawks; many nieces and nephews. Service: Relatives and friends are invited to his Funeral Service Thursday, July 14, 2011 8 PM at the Marvil Funeral Home, 1110 Main Street, Darby, PA 19023. Visitation: Friends are invited to his viewing Thursday evening 6 to 8 PM at the funeral home. Burial at Mt. Zion Cemetery, Collingdale will be private. Online condolences www.marvilfuneralhome.com

Published in Delaware County Daily & Sunday Times on July 12, 2011



**Funeral Etiquette**
Expert advice: what to do and say when someone dies.

COMING UP

  Don't Miss! - 5/23 Preview

  Don't Miss! - 5/23

LOADING...

  See Eight Baby Birds Ride Between Mama Swan's Wings

  Meet Chili's Nearly 2,000 Calorie Boss Burger Monstrosity

## REMEMBER

Share memories or express condolences below.

THE GUEST BOOK IS EXPIRED

"May God give you the strength to get through these very difficult times. My deepest sympathy to you and..."

-Charles Coyle
3 ENTRIES

Please restore the Guest Book to share in the life story for WILLIAM J. PASSARELLA SR.

**RESTORE THE GUEST BOOK**

Exhibit
22000

ancest
Interested in the Pa

# ExHBit

# C 58

JudgEMenT

OS/20/1999

95,713 32

PAR Tof
FED TAX

on House  I HAD/
No Knowledge of

# Case View CV-1998-010345

## DETAILS

| | |
|---|---|
| **Case Number** | CV-1998-010345 |
| **Title** | FLEET MORTGAGE CORP, v. PASSARELLA, WILLIAM J et al |
| **Classification** | Civil - Real Property - Mortgage Foreclosure: Residential |
| **Filed Date** | 07/14/1998 12:14 PM |

| Account / Folio Number | Judgment For | Judgment Against | Judgment Type | Judgment Filed Date and Time ▲ | Judgment Amount | Judgment Status | Writ Type | Details |
|---|---|---|---|---|---|---|---|---|
| | FLEET MORTGAGE CORP, | PASSARELLA, NORMAN P | Judgment | 05/20/1999 12:00 AM | $95,713.32 | Migrated | Execution | |
| | FLEET MORTGAGE CORP, | PASSARELLA, WILLIAM J | Judgment | 05/20/1999 12:00 AM | $95,713.32 | Migrated | Execution | |

1 to 2 of 2 records



ExBit C

C-Track™ Public Access
Developed by Thomson Reuters Court Management Solutions

THOMSON REUTERS

ExBit

Z

⊖ ____ PAReNT

____ ChilD

OPeN House → BY Direct CARDiNAL FiN ANCiAL Corp.

MY DAte is Birth
06/18/80

Concerns Are

I WAS ONLY 10 YeArs OLD

HeLLo

# Change History



Name Search          Book / Page Search                    Document Search

Back to List  Back to Instrument
**Please Note:** This is the current document information.

| | | |
|---|---|---|
| Document Type: | Mortgage Assignment | View Document: |
| Book/Page: | RECORD 808-2290 | Seal Status |
| Instrument Number: | 1990065596 | Prepred: |
| Date Recorded: | 12/4/1990 12:06:36 AM | Parent: | 1990065595 BAKFIL |
| Document Date: | 12/4/1990 12:06:36 AM | Child: |
| Remarks: | DOCKET [90066752] | Instrument Description: |
| Consideration Amount: | | Arrival Method:  BAKFIL |
| Change History | | |

Submitter Address:                                         Return Address:

## - Parties

|  | DIRECT |  |  | INDIRECT |  |
|---|---|---|---|---|---|
| **Name/Company** | | AKA | **Name/Company** | | AKA |
| CARDINAL FINANCIAL CO | | | FLEET MTG CORP | | |
| CARDINAL MTG INC | | | | | |
| PASSARELLA, WILLIAM J | | | | | |

## - Parcel Numbers

| Parcel Number | | Address | Parcel Number | Address |
|---|---|---|---|---|
| 12-00-00251-00 | PASSARELLA | | | |

**Please Note:** This is not the current document, this remainder of this page presents historical information.

# No history available for the instrument.

1990065596

Created by TeamIA, Lexington, South Carolina



ExBiT

222

LosT House

11/19/ 1999

12:04 Am

Shoes ✓

O Parent

———— ChiLD

PARceL   NumBer

12 - 00 - 0025/-
00

443  So. 4th ST.

CoLwyn, PA. 19023

## Index Display
### Book / Page Search

Name Search                                                                    Document Search

Back to List

| | | | |
|---|---|---|---|
| Document Type: | Deed Taxable | View Document: | No image available |
| Book/Page: | RECORD 1953-419 | Seal Status: | |
| Instrument Number: | 1999088035 | Proofed: | BAKFIL |
| Date Recorded: | 11/19/1999 12:04:39 AM | Parent: | 0 |
| Document Date: | 11/19/1999 12:04:39 AM | Child: | |
| Remarks: | DOCKET [99089772] | Instrument Description: | |
| Consideration Amount: | $1.00 | Arrival Method: | BAKFIL |
| Change History | Click here to view history | | |
| | Submitter Address | | Return Address |

### - Parties

DIRECT                                    INDIRECT

| Name/Company | AKA | Name/Company | AKA |
|---|---|---|---|
| PASSARELLA DFT, WILLIAM J | | FLEET MTG CORP | |
| PASSARELLA DFT, NORMAN P | | | |

### - Parcel Numbers

| Parcel Number | Address | Parcel Number | Address |
|---|---|---|---|
| 12-00-0251-00 | 443 S 4TH STREET | | |

Created by TeamIA, Lexington, South Carolina

Ref: 744800 pg 10 of 44 for WILLIAM PASSARELLA

Ref: 802818 pg 41 of 61 for WILLIAM PASSARELLA

ExBit

6969 69

Lost
House

Sheriffs Took
oVER House

433 Property   10/21/99
Not

443 South 4th ST.

COLwyN PA 19023



ExBiT 696969

| | RECORDER'S USE ONLY |
|---|---|
| State Tax Paid | 0 |
| Book Number | 1958 |
| Page Number | 0419 |
| Date Recorded | 11-19-91 |

REV-183 EX (4-94)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF REVENUE**
**BUREAU OF INDIVIDUAL TAXES**
**DEPT. 280603**
**HARRISBURG, PA 17128-0603**

## REALTY TRANSFER TAX
## STATEMENT OF VALUE

**See Reverse for Instructions**

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) when the deed is without consideration, or by gift, or (3) a tax exemption is claimed. A Statement of Value is not required if the transfer is wholly exempt from tax based on: (1) family relationship or (2) public utility easement. If more space is needed, attach additional sheet(s).

**A    CORRESPONDENT - All inquiries may be directed to the following person:**

| | | Telephone Number: |
|---|---|---|
| Name | | Area Code ( 610 ) 278-6800 |
| SHAPIRO & KREISMAN | City | State |
| Street Address | KING OF PRUSSIA | PA 19406 Zip Code |
| 3604 HORIZON DRIVE, STE 200 | Date of Acceptance of Document | |

**B    TRANSFER DATA**

| Grantor(s)/Lessor(s) | Grantee(s)/Lessee(s) |
|---|---|
| Sheriff of Delaware County | Fleet Mortgage Corp |
| Street Address | Street Address |
| West Front Street | 11200 West Parkland Ave |
| City Media | State PA | Zip Code 19063 | City Milwaukee | State WI | Zip Code 53224 |

**C    PROPERTY LOCATION**

| Street Address | City, Township, Borough |
|---|---|
| 433 South 4th Street | Colwyn |
| School District | Tax Parcel Number |
| Colwyn Area | 10-00-00251-00 |
| County Delaware | |

**D    VALUATION DATA**

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| $1,739.50 | + 0 | = $1,739.50 |
| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Fair Market Value |
| $3,008.00 | × 3.25 | = $9,375.00 |

**E    EXEMPTION DATA**

| 1a. Amount of Exemption Claimed | 1b. Percentage of Interest Conveyed |
|---|---|
| 100% | 100% |

2. Check Appropriate Box Below for Exemption Claimed

☐ Will or intestate succession _____ (Name of Decedent) _____ (Estate File Number)

☐ Transfer to Industrial Development Agency.

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer between principal and agent. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the Commonwealth, the United States and instrumentalities by gift, dedication, condemnation or in lieu of condemnation.
(If condemnation or in lieu of condemnation, attach copy of resolution.) Mortgage Book Number 808 , Page Number 2385

☒ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of the prior deed being corrected or confirmed.)

☐ Corrective or confirmatory deed. (Attach complete copy of the prior deed being corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☒ Other (Please explain exemption claimed, if other than listed above.) PROPERTY TRANSFERRED THROUGH MORTGAGE
FORECLOSURE ACTION BY SHERIFF'S SALE HELD 6/15/99 IN SATISFACTION OF JUDGMENT ENTD
ON DOCKET NUMBER: 98-10345

Under penalties of law, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| Shawna L. Connor | 10/21/99 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH APPLICABLE DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

VOL 1953 PG 0420

ExHBit

25

443 So. 4th STreeT

Colwyn, PA. 19023

House    FeDeRAL TAXes

DeFAULT JudgemenT

EnTe

11,592.33

Google Maps   443 S 4th St

Image capture: Jun 2012   © 2018 Google

Darby, Pennsylvania

Google, Inc.

Street View - Jun 2012

Exhibit 29

Mark Harris    mdcc
# NK-8531    SCI Mahanoy

box 33028
St. Petersburg, Florida. 33733

PA DEPT OF CORRECTIONS



———————— SCI Mahanoy

box 33028
St. Petersburg, Florida. 33733

PA DEPT OF CORRECTIONS

**RECEIVED**
**SCRANTON**

JUN 29 2020

NEW CASE _____ SD
1 OF 2    DEPUTY CLERK

Clerk of Courts (middLE DisTRicT)
235 N. WashingTon Avenue
ScRanTon, PA. 18501

18501$5001 C770

# NEW CASE    SD
P.S  1 OF 1    PER _____
         DEPUTY CLERK

18501$5001 C770

**RECEIVED**
**SCRANTON**

JUN 29 2020

NEW CASE    PER _____ SD
1 OF 3    DEPUTY CLERK

Clerk of Courts (Middle District)
235 N. Washington Avenue
ScRanTon, PA. 18501

18501$5001 C770

1 OF 6    ScRanTon, PA. 18501

18501$5001 C770

JUN 29 2020

NEW CASE _____ SD
1 OF 7    DEPUTY CLERK    ScRanTon, Pa. 18501

18501$5001 C770

NEW CASE    PER _____ SD
1 OF 8    DEPUTY CLERK    ScRanTon, PA. 18501

18501$5001 C770

JUN 29 2020    ScRanTon, PA. 18501

NEW CASE    PER _____ SD
1 OF 9    DEPUTY CLERK

18501$5001 C770

JUN 29 2020    ScRanTon, PA. 18501

NEW CASE _____ SD
1 OF 10    PER _____
         DEPUTY CLERK

18501$5001 C770

1 OF 11    _____    ScRanTon, PA. 18501
         DEPUTY CLERK

18501$5001 C770

NEW CASE    PER _____
         DEPUTY CLERK