UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM J. PASSARELLA, JR,    :

      Plaintiff            :    CIVIL ACTION NO. 3:20-1092

v.                            :            (JUDGE MANNION)

INTERNAL REVENUE SERVICE,     :

      Defendant            :

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the Report of Judge Mehalchick, **(Doc. 8)**, is **ADOPTED IN ITS ENTIRETY**;

(2) the plaintiff's complaint, **(Doc. 1)**, is **DISMISSED WITHOUT PREJUDICE**, under Fed.R.Civ.P. 41(a)(1), and his motion, **(Doc. 7)**, for voluntarily dismissal of his action is **GRANTED**;

(3) the plaintiff's motion for leave to proceed *in forma pauperis*, **(Doc. 2)**, and his motion to supplement, **(Doc. 5)**, are **DENIED AS MOOT**; and

**(4)**   the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 18, 2021**
20-1092-01-ORDER